IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. S1-4:21-CR-00563-MTS-NCC ) |
| DEMETRIUS HUGHES, | ) ) |
| Defendant. | ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Geoffrey S. Ogden, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.  Defendant is charged with:

(a) an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (Title 21, United States Code, Section 801, et seq.), specifically conspiracy to distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a).

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States

Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3.      Should the Defendant somehow provide some evidence to overcome this presumption of detention, the facts and circumstances related to Defendant's charges as contained in the Indictment nonetheless result in Defendant's pre-trial release creating a substantial risk to the safety of the community.

**Investigative Background of the HUGHES DTO**

4.      Defendant's charges stem from an ATF investigation that began in roughly November 2020. The investigation concerned substantial drug trafficking activity and firearms-related violence taking place in the Castle Point neighborhood of St. Louis County, as well as surrounding areas and communities. The investigative team identified the HUGHES Drug Trafficking Organization (DTO), which included numerous members of the HUGHES family, including but not limited to Defendant Demetrius HUGHES, and co-defendants David HUGHES, Otis HUGHES, Curtis HUGHES, Howard HUGHES, Tajuan WILSON, and Christile HUGHES-DILLON. The HUGHES DTO also included many non-family member associates living and operating in the Castle Point neighborhood and surrounding areas, constituting an insular community.

5.      This investigation included substantial physical surveillance, the extensive use of pole cameras, the use of precision location information and GPS tracker warrants, and the use of confidential informants and undercover law enforcement officers to conduct controlled purchases of narcotics and/or firearms from various member of the DTO. Moreover, the investigation lead to the use of judicially authorized wire and electronic monitoring (wiretaps) of various members

of the HUGHES DTO, to include defendants David HUGHES, Tajuan Wilson, Otis Hughes, Keith Williams, Christile Hughes-Dillon, and Larenzo Smith.

6. The investigation revealed a substantial drug trafficking operation, where the HUGHES DTO was selling large quantities of primarily "crack" cocaine base in the St. Louis Metropolitan area. The investigation revealed, also, that other narcotics were being trafficked by the HUGHES DTO, including but not limited to powder cocaine, fentanyl, methamphetamine, and prescription drugs/pills. Moreover, the investigation revealed that members of the DTO would regularly carry and/or possess firearms in connection with their ongoing drug trafficking operation.

**The Defendant Represents a Substantial Risk to the Community.**

7. The danger Defendant represents to the community is most precisely demonstrated as a result of not only his criminal history (to include convictions and arrests), but as a result of his conduct as documented throughout the investigation through physical surveillance, intercepted wire communications, and interdiction efforts.

8. Demetrius HUGHES has been identified as an intimate contributor to the ongoing drug distribution conspiracy being carried out by the HUGHES DTO. The investigation revealed, as a result of all the investigative techniques described above, that co-Defendant Tajuan Wilson was the primary supplier for the higher-ranking members of the HUGHES DTO, to include David Hughes and Otis Hughes. Defendant Tajuan Wilson's significant other owned a residence located at 838 Rolwes Avenue, a location investigators identified as a stash house for Wilson and the wider DTO. Wilson, though did not live at this residence, but rather had Defendant Demetrius Hughes live and operate the location. Wilson would lay his head at a different location with his significant other, while Demetrius Hughes would reside at the Rolwes address and operate the location throughout the day. Wilson would travel to Rolwes and operate the location with Demetrius

Hughes throughout the day, and would travel with Demetrius Hughes while making various drug-related deliveries (as evidenced by wire interceptions and subsequent physical surveillance).

9. On October 14, 2021, law enforcement executed approximately 14 search warrants, including 10 search warrants on various residences and businesses utilized by the HUGHES DTO. This includes the 838 Rolwes address described above.

10. Firearms, ammunition, money, drug trafficking paraphernalia, and distributable amounts of narcotics were discovered and seized from multiple other residences on October 14, 2021. Otis Hughes' residence at 8173 Martin Luther King Boulevard contained distributable amounts of crack cocaine and paraphernalia, to include scales. The residence was occupied by co-Defendants Keith Williams, Christile Hughes-Dillon, Larenzo Smith, and Sean Gray. 10416 Duke Drive was occupied by co-Defendant Terry Franks, who was in possession of a distributable amount of crack cocaine, as well as suspected drug trafficking proceeds. 10421 Duke Drive was occupied by Defendant David Hughes, who was in possession of a distributable quantity of cocaine and crack cocaine, as well as paraphernalia (to include scales). 1149 Reale Avenue was occupied by co-Defendant Dwayne Taylor, who was in possession of a loaded firearm. 10188 Clairmont Avenue was occupied by co-Defendant Corey Baker, who was in possession of a distributable quantity of crack cocaine base and one or more loaded firearms. 838 Rolwes Avenue, the known stash-house utilized by Tajuan Wilson and Demetrius Hughes, contained approximately 900 grams of crack cocaine base, approximately 1,500 grams of cocaine, and various forms of drug trafficking paraphernalia.

**Defendant's Criminal History**

11. The danger Defendant represents to the community is apparent from the facts revealed throughout this investigation, but is compounded when considering his criminal history.

A review of one criminal history database revealed Defendant's criminal history includes the following: On or September 20, 2002, Demetrius HUGHES was arrested by the Drug Enforcement Agency for Cocaine Sales. Demetrius HUGHES was found guilty of Conspiracy to Distribute Cocaine and sentenced to thirty-three (33) months drug and alcohol treatment and three (3) years of probation and $100 fine.  On or about June 6, 2003, Demetrius HUGHES was arrested in connection with a drug conspiracy. Demetrius HUGHES was found guilty of Conspiracy to Distribute Cocaine Base and sentenced to thirty-three (33) months confinement.  On or about September 13, 2006, Demetrius HUGHES was arrested for two (2) counts of Assault 1st degree and two (2) counts of Armed Criminal Action. Demetrius HUGHES was found guilty of Assault 2nd degree and sentenced to eighteen (18) months confinement. On or about April 21, 2008, Demetrius HUGHES was arrested for Domestic Assault 1st degree. Demetrius HUGHES was found guilty of Unlawful Use of a Weapon and sentenced to four (4) years confinement. On or about June 19, 2013, Demetrius HUGHES was arrested for Assault on Law Enforcement 1st degree, Property Damage 1st degree, Armed Criminal Action, and Local Ordinance Assault. Demetrius HUGHES was found guilty of Possession of a Firearm (felony) and sentenced to four (4) years confinement

12. Defendant has a violent criminal history.  Moreover, while arrests are admittedly not convictions, Defendants history of arrests raise further concern. This includes arrests for alleged actions to include assault, domestic assault, drug trafficking offenses, firearm offenses, and parole violations.  Moreover, Defendant has a history of acquiring new criminal cases, and acquiring new criminal arrests, while serving periods of supervised probation, further indicating his inability to be successful on pre-trial release.

13. Additionally, based on Defendant's known criminal history, coupled with

Defendant's alleged criminal activity as reflected in the Indictment, Defendant faces a substantial period of incarceration in the event he is found guilty of the alleged offenses. These potential penalties could create an incentive for Defendant to flee from prosecution in the event he is released on bond.

14. The totality of Defendants circumstances and the circumstances of this criminal investigation should lead the Court to conclude that Defendant is not a suitable candidate for pretrial release, and he thus should be detained pending resolution of his case.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

*/s/Geoffrey S. Ogden*
GEOFFREY S. OGDEN, #66930MO
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200